# United States Court of Appeals
## For the First Circuit

---

No. 07-1223

MOM PHAL and SOEUN NOU,

Petitioners,

v.

MICHAEL B. MUKASEY,
ATTORNEY GENERAL OF THE UNITED STATES,

Respondent.

---

ERRATA SHEET

The opinion of this Court issued on April 18, 2008, is amended as follows:

On page 3, ln. 3:   Replace "September 19, 2004" with "September 19, 2005"